**Seamon David WILLIAMS, Appellant, v. STATE of Texas, Appellee.**

No. 22037.

Court of Criminal Appeals of Texas.

Feb. 18, 1942.

Chas. H. Dean and Vincent Tudor, both of Plainview, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for murder, punishment assessed being 99 years in the penitentiary.

Appellant has filed his affidavit advising this court that he does not further desire to prosecute his appeal, and at his request the same is dismissed.

**W. P. WILSON, Appellant, v. STATE of Texas, Appellee.**

No. 22043.

Court of Criminal Appeals of Texas.

Feb. 11, 1942.

Hutchison & Hutchison, of Paris, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of being drunk in a public place, and his punishment assessed at a fine of $1.00.

Since his appeal to this court was perfected, the appellant has filed a written request, verified by his affidavit, asking for the privilege of withdrawing his appeal. The request is granted and the appeal ordered dismissed.